Karthik Nadesan (10217) Email: karthik@nadesanbeck.com
Michael Beck (10381) Email: mike@nadesanbeck.com
NADESAN BECK P.C.
8 East Broadway, Suite 625
Salt Lake City, Utah 84111
Telephone:  (801) 363-1140

Matthew Rollin (*Pro Hac Vice*) Email: matthew.rollin@sriplaw.com
SRIPLAW, P.A.
8730 Wilshire Blvd., Suite 350
Beverly Hills, California 90211
Telephone: (323) 452-5600

*Attorneys for Plaintiff Shoichi Matsumoto*

Damian C. Smith (#2991) Email: damian@techlawventures.com
TechLaw Ventures, PLLC
3290 West Mayflower Ave
Lehi, Utah 84043
Telephone: (801) 557-6632
Facsimile: (801) 852-8203

*Attorneys for DVO Enterprises Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| **Shoichi Matsumoto,**  <br><br>            **Plaintiff,**  <br><br>   **v.**  <br><br>  **DVO Enterprises Inc.,**  <br><br>            **Defendant.** | JOINT STIPULATION TO DISMISS <br><br> 2:22-cv-00443-DAK <br><br> Dale A. Kimball |

Plaintiff Shoichi Matsumoto and Defendant DVO Enterprises, Inc. by and through their undersigned counsel, and pursuant to  Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the

dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED: June 21, 2023 Respectfully submitted,

| | |
|---|---|
| */s/ Matthew L. Rollin* | */s/ Damian C. Smith* |
| MATTHEW L. ROLLIN | DAMIAN C. SMITH |
| **SRIPLAW, P.A.** | **TechLaw Ventures, PLLC** |
| Attorneys for Plaintiff Shoichi Matsumoto | Attorneys for Defendant DVO Enterprises, Inc. |